IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:13-CV-161-D

| | | |
|---|---|---|
| GTC SERVICES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| REGION Q WORKFORCE | ) | |
| INVESTMENT CONSORTIUM and | ) | |
| MID-EAST COMMISSION, | ) | |
| | ) | |
| Defendants. | ) | |

On July 25, 2013, plaintiff GTC Services, LLC, moved to remand the action to state court [D.E. 8]. On August 5, 2013, defendants Region Q Workforce Investment Consortium and Mid-East Commission responded in opposition [D.E. 9].

The defendants properly removed the action. The court has subject-matter jurisdiction. The motion to remand [D.E. 8] is DENIED.

SO ORDERED. This 11 day of September 2013.

JAMES C. DEVER III
Chief United States District Judge