IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:13-CV-161-D

| | |
|---|---|
| GTC SERVICES, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| REGION Q WORKFORCE ) | |
| INVESTMENT CONSORTIUM and ) | |
| MID-EAST COMMISSION, ) | |
| ) | |
| Defendants. ) | |

The court has considered defendants' motion to strike plaintiff's October 24, 2103, amendment to complaint. After reviewing the plaintiff's amendment to complaint [D.E. 14], defendants' motion to strike plaintiff's amendment to complaint [D.E. 16], and defendants' supporting memorandum [D.E. 17], the court agrees that plaintiff's amendment to complaint violates Rule 15 of the Federal Rules of Civil Procedure and is improper.

Defendants' motion to strike [D.E. 16] amendment to complaint is GRANTED. Accordingly, plaintiff's amendment to complaint [D.E. 14] is STRICKEN. The motion for reconsideration [D.E. 15], which is premised on the improper amendment, is DENIED.

SO ORDERED. This 6 day of December 2013.

JAMES C. DEVER III
Chief United States District Judge