UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| GTC SERVICES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **JUDGMENT** |
| | ) No. 4:13-CV-161-D |
| | ) |
| REGION Q WORKFORCE | ) |
| INVESTMENT CONSORTIUM and | ) |
| MID-EAST COMMISSION, | ) |
| | ) |
| Defendants. | ) |

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the court GRANTS defendants' motion for summary judgment [D.E. 26], and GRANTS defendants' motion to strike [D.E. 33]. The clerk shall close the case.

**This Judgment Filed and Entered on April 14, 2015, and Copies To:**
Garey Malcolm Ballance     (Via CM/ECF electronic notification)
James R. Morgan, Jr.     (Via CM/ECF electronic notification)
Bradley Owen Wood     (Via CM/ECF electronic notification)

DATE                                               JULIE RICHARDS JOHNSTON, CLERK

April 14, 2015                               /s/ Courtney O'Brien

                                                                          (By) Courtney O'Brien, Deputy Clerk